## Commonwealth ex rel. Walls, Appellant, *v.* Maroney.

Submitted March 13, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Eugene D. Walls,* appellant, in propria persona.

*Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.